IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CAROLINE RACINE<br><br>    Plaintiff<br><br>vs.<br><br>ER SOLUTIONS, INC.; AND DOES 1-10, INCLUSIVE<br><br>    Defendants | CIVIL ACTION NO.:  8:10-CV-01951-PJM |

**DEFENDANT E.R. SOLUTIONS, INC.'S SUBMISSION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 15 U.S.C. § 1692k(a)(3)**

Pursuant to this Court's Order of June 14, 2011 (DE 32, ¶ 4), granting Defendant's Motion for Sanctions, as amended by this Court's Memorandum Order of June 20, 2011 (DE 33), Defendant submits the following documents in support of its request for attorneys fees and costs reasonably incurred in the defense of this litigation:

1. Affidavit of Ronald S. Canter, Esq., setting forth Mr. Canter's qualifications, and providing copies of billings showing attorneys fees and costs incurred by Defendant in this litigation (Exh. 1, hereto);

2. Affidavit of Birgit D. Stuart, Esq., setting forth Ms. Stuart's qualifications (Exh. 2, hereto);

3. Affidavit of Melvin Hirshman, Esq., as to the reasonableness of the hourly rates and tasks billed in this matter.

15 U.S.C. §1692k(a)(3) provides that: "On a finding by the court that an action under this section was brought in bad faith and for the purpose of harassment, the court may award to the defendant attorney's fees reasonable in relation to the work expended and costs."  Defendant

1

submits that the costs and fees sought are reasonable and requests entry of judgment against Caroline Racine in the sum of $ 21,702.50 as sanctions under 15 U.S.C. § 1692k(a)(3).

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No. 17420
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  bstuart@roncanterllc.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification on this 13th day of July, 2011 to:

Forrest E. Mays, Esquire
1783 Forest Drive, Suite 109
Annapolis, MD  21401
Attorney Plaintiff

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Attorney for Defendant