**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CAROLINE RACINE** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 10-1951** |
| | * | |
| **ER SOLUTIONS, INC.** | * | |
| | * | |
| Defendant. | * | |

## <u>O R D E R</u>

Having granted Plaintiff Caroline Racine's Motion to Dismiss the Action With Prejudice by Order dated June 13, 2011, having granted Defendant ER Solutions, Inc.'s Motion to Withdraw its Submission for Attorney's Fees and Costs Pursuant to 15 U.S.C. § 1692k(1)(3), and all matters in this case having been resolved, it is, this 26th day of August, 2011,

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                                   __/s/__
                                      **PETER J. MESSITTE**
                              **UNITED STATES DISTRICT JUDGE**